Traci CANNON–STOKES, petitioner,
v. John E. POTTER, Postmaster
General.

No. 06–7635.

Feb. 26, 2007.

Petition for rehearing denied.